UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MASON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDIFIT CORPORATE SERVICES, INC. DBA EXOS,<br><br>　　　　　Defendant. | Case No. 17-cv-02542-JST<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 48 |

The parties' stipulated request to continue the hearing on Defendant's Motion to Enforce Settlement and Dismiss Lawsuit, ECF No. 48, is granted. The hearing on that motion is continued to April 5, 2018 at 2:00 p.m.

The Case Management Conference currently scheduled for February 7, 2018 is vacated.

**IT IS SO ORDERED.**

Dated: February 6, 2018

_____
JON S. TIGAR
United States District Judge