1   MICHAEL E. ADAMS (SBN: 47278)
    LAW OFFICES OF MICHAEL E. ADAMS
2   702 Marshall Street, Suite 300
    Redwood City, CA 94063
3   Telephone: (650) 599-9463
    Facsimile:   650) 599-9785
4   Email: michael@michaeleadamslaw.com

5   Attorney for Plaintiff
    SHELIA MASON
6

7   SEYFARTH SHAW, LLP
    Brian T. Ashe (SBN 139999)
8   bashe@seyfarth.com
    Elizabeth J. MacGregor (SBN 267326
9   emacgregor@seyfarth.com
    560 Mission Street, 31st Floor
10  San Francisco, CA 94105
    Telephone: (415) 397-2823
11  Facsimile: (415) 397-8549

12  Attorneys for Defendant
    MEDIFIT CORPORATE SERVICES, INC. dba EXOS
13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17

18  SHELIA MASON                          Case No. 17-cv-02542-JST

19              Plaintiff,
                                          **JOINT STIPULATION RE**
20      vs.                               **BRIEFING SCHEDULE ON**
                                          **DEFENDANT'S MOTION TO**
21                                        **ENFORCE SETTLEMENT AND**
    MEDIFIT, a foreign corporation, EXOS, **DISMISS LAWSUIT**
22  a business organization of unknown
    form, JOLEEN McKAY, and DOES 1
23  to 10,                                Complaint filed: December 16, 2016

24              Defendants.

25  _____

26

27

28

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALLL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

                            1
        Joint Stipulation re Briefing Schedule on Defendant's Motion
                to Enforce Settlement and Dismiss Lawsuit

Plaintiff Shelia Mason ("Plaintiff") and Defendant MediFit Corporate Services, Inc. dba Exos ("Defendant"), by and through their respective undersigned counsel, hereby stipulate, subject to court approval, to revise as follows the briefing schedule on Defendant's Motion to Enforce Settlement and Dismiss Lawsuit:

| Item | Current due date | Proposed due date |
| --- | --- | --- |
| Plaintiff's opposition | February 9, 2018 | February 16, 2018 |
| Defendant's reply | February 16, 2018 | February 23, 2018 |

The reason for this stipulation is that Plaintiff's counsel was very recently scheduled to undergo a medical procedure on February 9, 2018, due to which he will be out of the office and unable to work for most of that day.

DATED: February 8, 2018      LAW OFFICES OF MICHAEL E. ADAMS

By: */s/ Michael E. Adams*

_____
Michael E. Adams
Attorney for Plaintiff
SHEILA MASON

DATED: February 8, 2018      SEYFARTH SHAW LLP

By: */s/ Elizabeth J. MacGregor*

_____
Elizabeth J. MacGregor
Attorney for for Defendant MEDIFIT
CORPORATE SERVICES, INC. dba
EXOS

## ORDER

The parties so stipulating, and good cause appearing.

IT IS SO ORDERED.

DATE: February _8_, 2018

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALLL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

Joint Stipulation re Briefing Schedule on Defendant's Motion
to Enforce Settlement and Dismiss Lawsuit