MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax: (650) 599-9785

Attorney for Plaintiff
SHELIA MASON

**IT IS SO ORDERED**
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATED: April 25, 2018

| | |
|---|---|
| SHELIA MASON<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>MEDIFIT, a foreign corporation, EXOS, a business organization of unknown form, JOLEEN McKAY, and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 17-cv-02542-JST<br><br>[PROPOSED]<br>**ORDER ALLOWING WITHDRAWAL OF PLAINTIFF'S ATTORNEY**<br>_____<br><br>~~DATE: May 24, 2018~~<br>~~TIME: 2:00 p.m.~~<br>DEPT: Courtroom 9, 19th Floor<br>JUDGE: Hon. Jon S. Tigar<br><br>Complaint filed: December 16, 2016 |

~~The motion by Michael E. Adams to withdraw as Plaintiff's attorney of record herein having regularly come on for hearing by this Court on May 24, 2018 at 2:00 p.m., with appearances being made by said movant, Plaintiff, and the attorney for Defendants. The Court having read and considered all moving and opposing papers relating thereto, and having heard arguments thereon, and good cause appearing,~~

IT IS HEREBY ORDERED that, effective immediately, Michael E.. Adams is hereby allowed to withdraw as the attorney of record for Plaintiff Shelia Mason, and Plaintiff Shelia Mason shall represent herself in pro se.

///

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALLL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

[Proposed] Order Allowing Withdrawal of Plaintiff's Attorney