| | |
|---|---|
| 1 | SHELIA MASON |
| 2 | 5050 Hacienda Drive<br>Apartment 1728 |
| 3 | Dublin, CA 94568<br>Telephone: (925) 577-7187 |
| 4 | Email: mssmason8@gmail.com |
| 5 | PLAINTIFF IN PRO SE |
| 6 | SEYFARTH SHAW LLP |
| 7 | Brian T. Ashe (SBN 139999)<br>bashe@seyfarth.com |
| 8 | Elizabeth J. MacGregor (SBN 267326)<br>emacgregor@seyfarth.com |
| 9 | 560 Mission Street, 31st Floor<br>San Francisco, California 94105 |
| 10 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 11 | Attorneys for Defendant |
| 12 | MEDIFIT CORPORATE SERVICES, INC. d/b/a "EXOS" |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELIA MASON, | Case No. 3:17-cv-02542-JST |
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF UNDER RULES 60(B)(1), (3), (6)** |
| v. | |
| MEDIFIT, a foreign corporation, EXOS, a business organization of unknown form, JOLEEN McKAY, and DOES 1 to 10, | Complaint filed: December 16, 2016 |
| Defendants. | |

Plaintiff Shelia Mason ("Plaintiff") and Defendant MediFit Corporate Services, Inc., d/b/a "EXOS" ("Defendant"), by and through its counsel of record (collectively, the "Parties"), hereby stipulate to extend the deadline for Plaintiff's Reply In Support of Motion for Relief Under Rules 60(b)(1), (3), (6) from June 14, 2018 to June 18, 2018.

IT IS SO STIPULATED.

DATED: June 11, 2018

SHELIA MASON

By: _/s/ Shelia Mason_
Shelia Mason

DATED: June 11, 2018

SEYFARTH SHAW LLP

By: _/s/ Elizabeth J. MacGregor_
Brian T. Ashe
Elizabeth J. MacGregor
Attorneys for Defendant
MEDIFIT CORPORATE SERVICES, INC. d/b/a/ "EXOS"

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: June 12, 2018

_/s/ Jon S. Tigar_
The Hon. Jon S. Tigar
United States District Court Judge

46775759v.1

---

JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR RELIEF UNDER RULES 60(B)(1), (3), (6) / CASE NO. 3:17-CV-02542-JST